NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD H. ELBERT, JR., )
)
Appellant, )
)
v. ) Case No. 2D18-2417
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

Richard H. Elbert, Jr., pro se.

PER CURIAM.

Affirmed. See § 775.084(1)(d), (3)(c)(5), Fla. Stat. (2010); Elbert v. State,
239 So. 3d 38 (Fla. 2d DCA 2017) (table decision); Lindquist v. State, 155 So. 3d 1193
(Fla. 2d DCA 2014); Bryant v. State, 47 So. 3d 952 (Fla. 2d DCA 2010); Bizzell v. State,
912 So. 2d 386 (Fla. 2d DCA 2005); Caldwell v. State, 125 So. 3d 1018 (Fla. 4th DCA
2013); Walden v. State, 112 So. 3d 578 (Fla. 4th DCA 2013).

KELLY, MORRIS, and SLEET, JJ., Concur.